IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK ROGERS and PAUL PINELLA, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 07-218 |
| COMCAST CORPORATION, et al., | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MARTH KRISTIAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 07-219 |
| COMCAST CORPORATION, et al., | : | |
| Defendants. | : | |

_____

## **ORDER**

**AND NOW**, this 22nd day of October, 2014, **IT IS HEREBY ORDERED** as follows:

1. The Motion of Plaintiffs to Transfer Cases to the United States District Court for the District of Massachusetts (Boston) (Civ. A. 07-218, Docket Entry No. 35; Civ. A. 07-219, Docket Entry No. 22) is **DENIED**.

2. The Motion of Plaintiffs for Leave to Amend their Complaint and File a Fifth Amended Class Action Complaint (Civ. A. 07-218, Docket Entry No. 50; Civ. A. 07-219, Docket Entry No. 30) is **DENIED**.

3. By consent of the parties, Civ. A. 07-218 and Civ. A. 07-219 are **DISMISSED WITH PREJUDICE**.

4.	The Clerk is **DIRECTED** to mark these cases closed.

             BY THE COURT:

             /s/ John R. Padova

             _____
             John R. Padova, J.